**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SHUZHONG BAO, individually and on behalf
of all other employees similarly situated,

                        Plaintiff,

        -against-                                         20 **CIVIL** 9588 (CS)

                                                             **<u>JUDGMENT</u>**

SUNWOO TRADE INC., XUGUANG WANG
a/k/a JASON WANG, and YIFEN BAO,

                       Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 20, 2022, Defendants' motion for summary judgment is GRANTED. The FLSA claims are dismissed with prejudice. The state-law claims are dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      September 20, 2022

                                                          **RUBY J. KRAJICK**

                                                          _____
                                                             **Clerk of Court**

                                    **BY:**     _K. Mango_

                                                            _____
                                                            **Deputy Clerk**